JAMES FOLEY, d. b. a., *vs.* JOHN D. KELLEY, p. b. r.

New Castle County, November Term, 1895.

**Justice of the Peace.    Jurisdiction.**—The record of a Justice of the Peace must show jurisdiction.

This was a *certiorari* directed to Charles H. McWhorter, a Justice of the Peace for New Castle County, residing in the City of Wilmington. In the docket entries of the suit before the Justice the title of the cause was thus stated : "John D. Kelley of Wilmington Hundred, *vs.* James Foley of Mill Creek Hundred."

*Hilles,* for the appellant, filed the following exception : It does not appear from the record that the Justice had jurisdiction, the said James Foley not being a resident of Wilmington Hun-

dred nor of an adjoining Hundred, and it not appearing from said record that John D. Kelley was then a *bona fide* resident of Wilmington Hundred and had resided therein for sixty days prior to bringing the suit.   Revised Code§723.

*Byrne* for the respondent.

The exception was sustained and the judgment below reversed.